UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FERNANDO OCHOA, | Case No. CV 13-08897-ABC (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

In accordance with the Order Summarily Dismissing Petition Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for failure to exhaust state remedies, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: December 9, 2013

HON. AUDREY B. COLLINS
United States District Judge